IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BRANDON MARQUESE GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 121-124 |
| | ) |
| JUDGE JOHN FLYTHE; INV. KYLE GOULD; MCKENZIE GRAY; JAMES TODD MITCHELL; and, DAVID V. WEBER, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted and **CLOSES** this civil action.

SO ORDERED this 22nd day of November 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA