# United States District Court
## Southern District of Georgia

BRANDON MARQUESE GREENE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 1:21-124

JUDGE JOHN FLYTHE; INV. KYLE GOULD; MCKENZIE GRAY; JAMES TODD MITCHELL; and, DAVID V. WEBER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 22, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted, and this civil action stands closed.

11/23/2021  
Date



John E. Triplett, Clerk of Court  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk